## CERTIFICATE OF SERVICE

I, Mary E. Augustine, Esquire, hereby certify that on the ___8th___ day of December, 2005, I caused a true and correct copy of the **Stipulation of Dismissal**, to be served upon the party listed below in the manner indicated.

## VIA FIRST CLASS MAIL

Virginia A. Zrake, Esquire
*Whitney & Bogris, LLP*
34382 Carpenters Way
P.O. Box 247
Lewes, DE 19958

_____
Mary E. Augustine (No. 4477)